UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-1028 JAK (JEMx) | Date | September 2, 2016 |
| Title | Marina Vape LLC v. Brian Nashick et al | | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

Proceedings:   **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO COMPEL DEFENDANT BRIAN NASHICK TO APPEAR FOR DEPOSITION (Docket No. 51)**

Before the Court is a Motion to Compel the Deposition of Brian Nashick ("Motion") filed by Plaintiff Marina Vape, LLC. Defendant Nashick has not responded to the Motion and did not provide his portion of the Joint Statement. Nashick's counsel appears to have been non-responsive. The Court therefore issues an ORDER TO SHOW CAUSE why the Motion should not be granted, including the request for attorneys' fees. Nashick's response to the OSC is due by September 9, 2016. Plaintiff may file a reply to any response by September 14, 2016.

cc:   Parties

Initials of Deputy Clerk   sa